UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R FAMILY PROPERTIES II, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ATAIN SPECIALTY INSURANCE COMPANY, a business entity of unknown form; and DOES 1 to 25 inclusive,<br><br>Defendants. | Case No.: 3:18-cv-2812-CAB-(JLB)<br><br>**ORDER DISCHARGING ORDER TO SHOW CAUSE** |

On December 19, 2018, this Court ordered Defendant Atain Specialty Insurance Company ("Atain") to show cause on or before December 27, 2018, why this matter should not be remanded for lack of subject matter jurisdiction. [Doc. No. 6.] Specifically, the Court was concerned whether there is complete diversity among the parties. On December 27, 2018 Defendant Atain filed its response to the order to show cause. [Doc. No. 7.]

Upon consideration of Defendant's response the Court is satisfied that it has jurisdiction over this dispute. In its response, Defendant Atain filed a joint stipulation and a declaration attesting that: (1) R Family Properties II, LLC is a citizen of California with its principal place of business located in Chula Vista, California; R Family Properties LLC consist of two members, David Rowland and Janice Rowland; and (3) both members are California residents. [Doc. No. 7, Stargardter Decl. at ¶ 3.] As Plaintiff is a citizen of

California and Defendant Atain is a citizen of Michigan, the Court is satisfied that complete diversity exists. *See Johnson v. Columbia Preps. Anchorage, LP,* 437 F.3d 894, 899 (9th Cir. 2006) ("for diversity purposes a limited liability company is "a citizen of every state of which its owners/member are citizens."). Consequently, the Court ORDERS that the Order to Show Cause issued on December 19, 2018, is hereby **DISCHARGED**.

It is **SO ORDERED**.

Dated: December 27, 2018

Hon. Cathy Ann Bencivengo
United States District Judge